## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

ANGELITA GARCIA,

      Plaintiffs,

v.                                                          Case No. 5:23-cv-00920-XR

BRIDENT, INC. d/b/a BRIDENT DENTAL          Honorable Judge Xavier Rodriguez
SERVICES, LLC f/k/a BRIDENT DENTAL
& ORTHODONTICS and JOHN DOES 1-10,

      Defendants.

## ORDER

This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

1.     The Stipulation for Dismissal is GRANTED. The action against BRIDENT, INC. d/b/a BRIDENT DENTAL SERVICES, LLC f/k/a BRIDENT DENTAL & ORTHODONTICS and JOHN DOES 1-10. is hereby dismissed with prejudice as to Plaintiff's claims. Each party to bear its own attorney's fees and costs.

SIGNED this 12th day of April, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE